CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 31 2010

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAVIS E. HOLLAND, | |
| Plaintiff, | Case No. 7:10CV00086 |
| v. | FINAL ORDER |
| DIRECTOR OF HEALTH SERVICES, ET AL., | By: Glen E. Conrad<br>United States District Judge |
| Defendants. | |

In accordance with the accompanying memorandum opinion, it is hereby

## ADJUDGED AND ORDERED

as follows:

1. Plaintiff's response to the conditional filing order (Dkt. No. 7) is **CONSTRUED** as a motion to amend, and that motion is **GRANTED** to add to the complaint additional allegations and to add Nurse Stephenson as a defendant;

2. The complaint as amended is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and § 1367(c) (as to any possible state law claims);

3. Plaintiff's request for appointment of counsel is **DENIED**; and

4. This action is stricken from the active docket of the court.

ENTER: This 30th day of March, 2010.

_____
United States District Judge